## ADAMSON v. BRADLEY.

HILL, J.  "A certificate to a bill of exceptions, wherein. the judge certifies that it is true, 'except as hereinafter qualified,' and then adds the qualification after the close of the general certificate, does not amount to a certification that the bill of exceptions as written is true; and the writ of error must be dismissed." *Jarriel* v. *Jarriel*, 115 *Ga.* 23 (41 S. E. 262); *Central of Georgia Railway Co.* v. *Mills*, 143 *Ga.* 47 (84 S. E. 120).  The certificate in the present case is substantially the same as that in the *Jarriel* case, supra; and it follows-that the writ of error must be dismissed.  *Love* v. *Love*, 146 *Ga.* 160, 162 (91 S. E. 27).

*Writ of error dismissed.  All the Justices concur, except Fish, C. J., and Beck, P. J., absent.*

No. 242.    OCTOBER 20, 1917.

Writ of error; from Liberty superior court.

*Lankford & Rogers, S. T. Brewton,* and *J. P. Moore,* for plaintiff in error.

*P. M. Anderson, W. G. Warnell,* and *Wade H. Brewton,* contra.

---

## DUBLIN FERTILIZER WORKS v. FROST.

GILBERT, J.  According to the uniform ruling of this court, where the verdict is not required by the law and the evidence, the judgment of the trial court awarding a first new trial will not be disturbed.

*Judgment affirmed.  All the Justices concur, except Fish, C. J., and Beck, P. J., absent.*

No. 267.    OCTOBER 20, 1917.

Claim.  Before Judge Kent.  Laurens superior court.  March 3, 1917.

*R. Earl Camp,* for plaintiff.  *W. C. Davis,* contra.